AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Robert William DeGregoris

Defendant

Case: 1:23-mj-23
Assigned To: Magistrate Judge Zia M. Faruqui
Assign. Date : 1/23/2023
Description: Complaint with Arrest Warrant

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)     Robert William DeGregoris,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3)- Civil Disorder
18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(4)- Engaging in Physical Violence in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(E)- Impeding Passage Through the Capitol Grounds or Buildings

Date:   01/23/2023

2023.01.23 18:00:27 -05'00'
Issuing officer's signature

City and state:     Washington, D.C.           Zia M. Faruqui, U.S. Magistrate Judge
Printed name and title

---

**Return**

This warrant was received on (date) 1/23/23, and the person was arrested on (date) 1/25/23
at (city and state)  ALDIE, VA

Date: 1/25/23

Arresting officer's signature

SPECIAL AGENT NACC GASTALDO
Printed name and title