# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| United States <br> *Plaintiff* <br> v. <br> Robert Degregoris <br> *Defendant* | Case No. 23-mj-23 |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Robert Degregoris

Date:   February 6, 2023

*Attorney's signature*

Paul F. Enzinna, DC BAr No. 421819
*Printed name and bar number*
Ellerman Enzinna Levy PLLC
1050 30th Street, NW
Washington, DC 20007

*Address*

penzinna@eellaw.com
*E-mail address*

202.753.5553
*Telephone number*

202.465.8104
*FAX number*