UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | Criminal No. 23-mj-23 ) |
| ROBERT DEGREGORIS | : | |
| | : | |

## DEFENDANT'S NOTICE OF WAIVER

Defendant Robert Degregoris, through counsel, hereby provides notice that he waives a preliminary hearing in this matter.

Dated: February 23, 2023

Respectfully submitted,

_____/s/ Paul Enzinna_____
Paul F. Enzinna
Ellerman Enzinna Levy PLLC
1050 30th Street NW
Washington, DC 20007
(202) 753-5553
penzinna@eellaw.com

*Counsel for Defendant Robert Degregoris*

## CERTIFICATE OF SERVICE

I certify that on February 23, 2023, a copy of the foregoing Defendant's Notice of Waiver was filed using the CM/ECF system, which will then send notification of such filing to all counsel of record.

_____/s/_____
Paul F. Enzinna
Counsel for Defendant Robert Degregoris